1999R01217/am

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal Number: 99-266 (SRC) |
| ADEBIMPE ABRAHAM | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal Number 99-266, against defendant Adebimpe Abraham, which Indictment was filed on May 17, 2000, charging him with conspiracy to distribute more than 100 grams of heroin, in violation of Title 21, United States Code, Section 846, because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. STANLEY R. CHESLER
United States District Judge

Date: 12/8/2010